**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Roman Robaina,<br><br>　　　　　Petitioner,<br>v.<br><br>Charles L. Ryan, et al.,<br><br>　　　　　Respondents. | No. 11-CV-2168-PHX-PGR (MHB)<br><br>**ORDER** |

The Court having reviewed *de novo* the Report and Recommendation of Magistrate Judge Burns, and no party having filed an objection,

**IT IS HEREBY ORDERED** that the Magistrate Judge's Report and Recommendation (Doc. 14) is ACCEPTED and ADOPTED by the Court.[1]

**IT IS FURTHER ORDERED** that Petitioner's First Amended Petition for Writ of Habeas Corpus (Doc. 5) is DENIED and DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that a Certificate of Appealability and leave to proceed *in forma pauperis* on appeal are DENIED because the dismissal of the Petition is justified by a plain procedural bar and jurists of reason would not find the procedural ruling debatable.

---

[1] In her Report and Recommendation. Magistrate Judge Burns correctly determined that Petitioner's habeas petition is untimely and, alternatively, that his claims are procedurally defaulted. (Doc. 14.)

1    DATED this 14th day of May, 2013.

_____
Paul G. Rosenblatt
United States District Judge